```
United States Bankruptcy Court
Northern District of Ohio
```

In re:                                                          Case No. 19-12023-jps
Somica D. Butler                                                Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-1         User: admin              Page 1 of 1              Date Rcvd: Apr 09, 2019
                             Form ID: 309A            Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2019.
```
db              +Somica D. Butler,    6414 Meadowbrook Road,    Cleveland, OH 44125-4930
25970804        +Andrews Federal Credit Union,    Attn: Mortgage Dept.,    5711 Allentown Road,
                  Suitland, MD 20746-4547
25970806        +City of Cleveland - Division of Water,    1201 Lakeside Avenue,    Cleveland, OH 44114-1100
25970807        +City of Cleveland Law Department,    601 Lakeside Ave East,    Cleveland, OH 44114-1077
25970810        +Northeast Ohio Regional Sewer District,    Attn: Law Department/Bankruptcy,
                  3900 Euclid Avenue,    Cleveland, OH 44115-2506
25970811        +Ohio's First Class Credit Union,    Po Box 5877,    Cleveland, OH 44101-0877
25970813        +The City of Lakewood,    12805 Detroit Avenue,    Lakewood, OH 44107-2826
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: malden@lawlh.com Apr 09 2019 22:26:33      Matthew Alden,   2012 West 25th Street,
                  Suite 701,    Cleveland, OH  44113
tr              +EDI: FKBCONIGLIO Apr 10 2019 02:03:00      Kari B. Coniglio,   200 Public Square Suite 1400,
                  Cleveland, OH 44114-2327
ust             +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov Apr 09 2019 22:27:18      Cynthia J. Thayer,
                  US Department of Justice,    201 Superior Avenue,    Suite 441,   Cleveland, OH 44114-1234
25970805        +EDI: CAPITALONE.COM Apr 10 2019 02:03:00      Capital One Bank,   Attn: Bankruptcy,
                  PO Box 30285,    Salt Lake City, UT 84130-0285
25970808         EDI: WFNNB.COM Apr 10 2019 02:03:00      Comenity Bank / New York and Company,
                  Bankruptcy Department,    PO Box 182125,    Columbus, OH 43218-2125
25970809        +EDI: CCS.COM Apr 10 2019 02:03:00      Credit Collection Services,   725 Canton Street,
                  Norwood, MA 02062-2679
25971574        +EDI: PRA.COM Apr 10 2019 02:03:00      PRA Receivables Management, LLC,   PO Box 41021,
                  Norfolk, VA 23541-1021
25970812         EDI: RMSC.COM Apr 10 2019 02:03:00      Synchrony Bank/ Old Navy,   PO Box 105972,
                  Atlanta, GA 30348-5972
25970814        +EDI: USBANKARS.COM Apr 10 2019 02:03:00      US Bank Home Mortgage,   4801 Frederica Street,
                  Owensboro, KY 42301-7441
                                                                                              TOTAL: 9
```

```
                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                         TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2019 at the address(es) listed below:
```
              Kari B. Coniglio    kbconiglio@vorys.com,
               mdwalkuski@vorys.com;jnorth@vorys.com;kbc@trustesolutions.net
              Matthew Alden    on behalf of Debtor Somica D. Butler malden@lawlh.com,
               malden@ecf.inforuptcy.com;lsekanic@lawlh.com;arichmond@lawlh.com
                                                                                             TOTAL: 2
```

| | | Social Security number or ITIN xxx–xx–4007 |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | **Somica D. Butler** | EIN _ _–_ _ _ _ _ _ _ |
| | First Name  Middle Name  Last Name | |
| Debtor 2 | | Social Security number or ITIN _ _ _ _ |
| (Spouse, if filing) | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Ohio** | Date case filed for chapter **7**  **4/5/19** |
| Case number: | **19–12023–jps** | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| **1.** | **Debtor's full name** | Somica D. Butler | |
| **2.** | **All other names used in the last 8 years** | | |
| **3.** | **Address** | 6414 Meadowbrook Road<br>Cleveland, OH 44125 | |
| **4.** | **Debtor's attorney**<br>Name and address | Matthew Alden<br>2012 West 25th Street<br>Suite 701<br>Cleveland, OH 44113 | Contact phone 216–586–6600<br><br>Email: malden@lawlh.com |
| **5.** | **Bankruptcy trustee**<br>Name and address | Kari B. Coniglio<br>200 Public Square Suite 1400<br>Cleveland, OH 44114 | Contact phone (216) 479–6167<br><br>Email: kbconiglio@vorys.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| 6. | **Bankruptcy clerk's office** | United States Bankruptcy Court | Hours open 9:00 AM – 4:00 PM |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. www.ohnb.uscourts.gov. | Howard M. Metzenbaum U.S. Courthouse 201 Superior Avenue Cleveland, OH 44114–1235 | Contact phone 216–615–4300 Date: 4/9/19 |
| 7. | **Meeting of creditors** | **May 13, 2019 at 02:00 PM** | Location: |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  *** Valid photo identification required *** *** Proof of Social Security Number required *** | **341 Meeting, H.M.M. US Courthouse, 201 Superior Ave, 6th Floor, Cleveland, OH 44114** |
| 8. | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 7/12/19** |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:** <br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:** <br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| | Please do not file a proof of claim unless you receive a notice to do so. | | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**

**19-12023-jps    Doc 7    FILED 04/11/19    ENTERED 04/12/19 00:21:24    Page 3 of 3**